# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| Vs. | ) Case No. 01-00339-01-CR-W-6 |
| | ) |
| **Harry Allen Claypole,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER TO SHOW CAUSE

For good cause and based upon the Memorandum of the United States Probation Office dated December 8, 2004, it is ORDERED that:

1) Harry Allen Claypole shall appear before this Court at 9:30 a.m. on Monday, December 21, 2004, in Courtroom No. 7B, Charles Evans Whittaker Courthouse, 400 East 9th Street, Kansas City, Missouri, to show cause why the supervised release previously imposed should not be revoked for violating the conditions of supervised release; and

2) the United States Probation Office is directed to serve a copy of this Order to Show Cause on Harry Allen Claypole, 311 Darrel Court, Apt. 5, Liberty, Missouri.

/s/ Howard F. Sachs  
HOWARD F. SACHS  
SENIOR UNITED STATES DISTRICT JUDGE

Dated at Kansas City, Missouri, this 9th Day of December, 2004.